UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HECTOR CHAIREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 12-CV-82-MRW<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and based on the Order of Remand concurrently filed herewith, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATE:  July 18, 2012                 /s/ Judge Wilner
                                                            THE HONORABLE MICHAEL R. WILNER
                                                            UNITED STATES MAGISTRATE JUDGE